# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 23-129-MN |
| ) | |
| FORCOME CO., LTD, and ) | |
| AMERICAN OUTDOOR BRANDS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Todd R. Tucker, Yizhou Liu, Ronald M. McMillan, and Xin Wen of Calfee, Halter & Griswold LLP, 1405 East Sixth Street, Cleveland, OH 44114 to represent Defendant American Outdoor Brands, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated:  March 31, 2023
10715139 / 22920.00001

*Attorneys for Defendant American Outdoor Brands, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____  _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: March 31, 2023          By: */s/ Todd R. Tucker*
                                   Todd R. Tucker
                                   Calfee, Halter & Griswold LLP
                                   1405 East Sixth Street
                                   Cleveland, OH  44114
                                   Tel: (216) 622-8200
                                   ttucker@calfee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Ohio and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: March 31, 2023        By: */s/ Yizhou Liu*
                                Yizhou Liu
                                Calfee, Halter & Griswold LLP
                                1405 East Sixth Street
                                Cleveland, OH 44114
                                Tel: (216) 622-8200
                                bliu@calfee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon filing of this motion.

Date:  March 31, 2023                                By:  */s/ Ronald M. McMillan*
                                                                    Ronald M. McMillan
                                                                    Calfee, Halter & Griswold LLP
                                                                    1405 East Sixth Street
                                                                    Cleveland, OH  44114
                                                                    Tel: (216) 622-8200
                                                                    rmcmillan@calfee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Ohio and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: March 31, 2023          By: */s/ Xin Wen*
                                   Xin Wen
                                   Calfee, Halter & Griswold LLP
                                   1405 East Sixth Street
                                   Cleveland, OH  44114
                                   Tel: (216) 622-8200
                                   swen@calfee.com