## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLUE SKY INNOVATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-129-MN |
| | ) | |
| FORCOME CO., LTD., AMERICAN | ) | **JURY TRIAL DEMANDED** |
| OUTDOOR BRANDS, INC., and THE | ) | |
| SAUSAGE MAKER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### FORCOME (SHANGHAI) CO., LTD.'S MOTION TO INTERVENE AS A PARTY DEFENDANT AND COUNTERCLAIMANT

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Forcome (Shanghai) Co., Ltd. ("Forcome Shanghai"), through counsel, respectfully moves to intervene as of right as a party defendant and counterclaimant in this case. Forcome Shanghai seeks permissive intervention under the rule in the alternative. In support, Forcome Shanghai submits its Memorandum of Law contemporaneously herewith. Attached to its Memorandum of Law is Forcome Shanghai's Answer to Plaintiff's First Amended Complaint and Counterclaims Against Plaintiff. A proposed order granting Forcome Shanghai's Motion is filed herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ David E. Moore*

David E. Moore (#3983)

Todd R. Tucker
Yizhou Liu
Ronald M. McMillan
Xin Wen
CALFEE, HALTER & GRISWOLD LLP
1405 E. 6th Street
Cleveland, Ohio 44114
Tel: (216) 622-8200

Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated:  May 5, 2023
10792807 / 22920.00001

*Attorneys for Defendant Forcome Shanghai Co., Ltd.*

2