# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORCOME CO., LTD., AMERICAN ) <br> OUTDOOR BRANDS, INC., and THE ) <br> SAUSAGE MAKER, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-129-MN <br><br> **JURY TRIAL DEMANDED** |

## PROPOSED ORDER GRANTING FORCOME (SHANGHAI) CO., LTD.'S MOTION TO INTERVENE AS A PARTY DEFENDANT

This cause came before the Court upon the Motion to Intervene and Memorandum in support of same by Forcome (Shanghai) Co., Ltd. ("Forcome Shanghai"). Said motion is well-taken and hereby granted. It is therefore ORDERED AND DECREED that the Clerk is to add Forcome Shanghai as a defendant to this action.

IT IS SO ORDERED

_____
Judge Maryellen Noreika