IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., <br><br>                           Plaintiff, <br>        v. <br><br> FORCOME CO., LTD, *et al.*, <br><br>                           Defendants. | C.A. No.: 1:23-cv-00129-MN <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 11, 2023, Plaintiff Blue Sky Innovation Group, Inc.'s First Set of Discovery Requests on Forcome Co., Ltd., Forcome (Shanghai) Co., Ltd., American Outdoor Brands, Inc., and The Sausage Maker, Inc. were served via email on the following counsel of record:

| | |
|---|---|
| David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | Todd R. Tucker <br> Yizhou Liu <br> Ronald M. McMillan <br> Xin Wen <br> CALFEE, HALTER & GRISWOLD LLP <br> 1405 E. 6th Street <br> Cleveland, Ohio 44114 <br> Tel: (216) 622-8200 <br> ttucker@calfee.com <br> bliu@calfee.com <br> rmcmillan@calfee.com <br> swen@calfee.com |

Dated:  July 11, 2023                                              Respectfully Submitted,

**BENESCH, FRIEDLANDER, COPLAN &
    ARONOFF LLP**

1

<u>/s/ Kevin M. Capuzzi</u>
Kevin M. Capuzzi (#5462)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

Eric L. Zalud (admitted *pro hac vice*)
Michael S. Weinstein (admitted *pro hac vice*)
Deana S. Stein (admitted *pro hac vice*)
Lidia C. Mowad (admitted *pro hac vice*)
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel: (216) 363-4500
ezalud@beneschlaw.com
mweinstein@beneschlaw.com
dstein@beneschlaw.com
lmowad@beneschlaw.com

*Attorneys for Plaintiff Blue Sky Innovation Group, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)

*Attorney for Plaintiff Blue Sky Innovation Group, Inc.*