# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORCOME CO., LTD., ) <br> FORCOME (SHANGHAI) CO., LTD., ) <br> AMERICAN OUTDOOR BRANDS, INC., and ) <br> THE SAUSAGE MAKER, INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-129-MN <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Meredith K. Collier of Calfee, Halter & Griswold LLP, 1405 East Sixth Street, Cleveland, OH 44114 to represent Defendants Forcome Co., Ltd., Forcome (Shanghai) Co., Ltd., American Outdoor Brands, Inc., and The Sausage Maker, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendants Forcome Co., Ltd., Forcome (Shanghai) Co., Ltd., American Outdoor Brands, Inc., and The Sausage Maker, Inc.*

Dated: January 23, 2024
11281771 / 22920.00001

## **ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____                    _____
                                                                         United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: January 23, 2024      By: */s/ Meredith K. Collier*
　　　　　　　　　　　　　　　　Meredith K. Collier
　　　　　　　　　　　　　　　　Calfee, Halter & Griswold LLP
　　　　　　　　　　　　　　　　1405 East Sixth Street
　　　　　　　　　　　　　　　　Cleveland, OH  44114
　　　　　　　　　　　　　　　　Tel: (216) 622-8200
　　　　　　　　　　　　　　　　mcollier@calfee.com