IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORCOME CO., LTD, *et al.*, <br><br> Defendants. | C.A. No.: 1:23-cv-00129-MN <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 22, 2024, Plaintiff Blue Sky Innovation Group, Inc. served (1) Plaintiff's Notice of 30(b)(6) Deposition to Forcome Co., Ltd, (2) Plaintiff's Notice of 30(b)(6) Deposition to Forcome (Shanghai) Co., Ltd, (3) Plaintiff's Notice of Deposition of Chloe Tu, (4) Plaintiff's Notice of Deposition of David Wang, (5) Plaintiff's Notice of Deposition of Jenni Shi, (6) Plaintiff's Notice of Deposition of Laura Lee, and (7) Plaintiff's Notice of Deposition of Walker Wang to Defendants via email on the following counsel of record:

| | |
|---|---|
| David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | Todd R. Tucker <br> Yizhou Liu <br> Ronald M. McMillan <br> Xin Wen <br> CALFEE, HALTER & GRISWOLD LLP <br> 1405 E. 6th Street <br> Cleveland, Ohio 44114 <br> Tel: (216) 622-8200 <br> ttucker@calfee.com <br> bliu@calfee.com <br> rmcmillan@calfee.com <br> swen@calfee.com |

Dated: January 23, 2024

Respectfully Submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

/s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

Eric Larson Zalud (admitted *pro hac vice*)
Michael S. Weinstein (admitted *pro hac vice*)
Deana S. Stein (admitted *pro hac vice*)
Lidia C. Mowad (admitted *pro hac vice*)
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
ezalud@beneschlaw.com
mweinstein@beneschlaw.com
dstein@beneschlaw.com
lmowad@beneschlaw.com

*Attorneys for Plaintiff Blue Sky Innovation Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)

*Attorney for Plaintiff Blue Sky Innovation Group, Inc.*