# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-129-MN |
| ) | |
| FORCOME CO., LTD., ) | JURY TRIAL DEMANDED |
| FORCOME (SHANGHAI) CO., LTD., ) | |
| AMERICAN OUTDOOR BRANDS, INC., and ) | |
| THE SAUSAGE MAKER, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice Todd R. Tucker, Yizhou Liu, Ronald M. McMillan, and Xin Wen of Calfee, Halter & Griswold LLP, 1405 East Sixth Street, Cleveland, OH 44114 to represent Defendants Forcome Co., Ltd., Forcome (Shanghai) Co., Ltd., and The Sausage Maker, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: February 7, 2024
11299948 / 22920.00001

*Attorneys for Defendants Forcome Co., Ltd., Forcome (Shanghai) Co., Ltd., American Outdoor Brands, Inc., and The Sausage Maker, Inc.*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: February 7, 2024         By: */s/ Todd R. Tucker*
                                   Todd R. Tucker
                                   Calfee, Halter & Griswold LLP
                                   1405 East Sixth Street
                                   Cleveland, OH  44114
                                   Tel: (216) 622-8200
                                   ttucker@calfee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Ohio and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: February 7, 2024          By: */s/ Yizhou Liu*
                                     Yizhou Liu
                                     Calfee, Halter & Griswold LLP
                                     1405 East Sixth Street
                                     Cleveland, OH  44114
                                     Tel: (216) 622-8200
                                     bliu@calfee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date:  February 7, 2024        By:  */s/ Ronald M. McMillan*
                                    Ronald M. McMillan
                                    Calfee, Halter & Griswold LLP
                                    1405 East Sixth Street
                                    Cleveland, OH  44114
                                    Tel: (216) 622-8200
                                    rmcmillan@calfee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Ohio and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date:  February 7, 2024          By: */s/ Xin Wen*
                                                        Xin Wen
                                                       Calfee, Halter & Griswold LLP
                                                       1405 East Sixth Street
                                                       Cleveland, OH  44114
                                                       Tel: (216) 622-8200
                                                       swen@calfee.com