IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORCOME CO., LTD., and<br>FORCOME (SHANGHAI) CO., LTD.,<br><br>Defendants. | Case No. 1:23-cv-00129-MN<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Blue Sky Innovation Group, Inc. ("Blue Sky") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- The location of depositions for certain of Defendants Forcome Co. Ltd. and Forcome (Shanghai) Co., Ltd.'s (collectively, "Forcome") witnesses

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a video meet-and-confer by Zoom on Monday February 12, 2024.

Delaware Counsel:

    For Blue Sky: Kevin M. Capuzzi

    For Forcome: Andrew L. Brown

Lead Counsel:

    For Blue Sky: Eric Larson Zalud, Michael Weinstein, Deana Stein, Lidia Mowad

    For Forcome: Ronald M. McMillan, Meredith Collier, Yizhou Liu, Xin Wen

The parties, including lead counsel for Blue Sky, Mr. Zalud, and lead counsel for Forcome, Todd Tucker, are available for a teleconference on the following dates: February 28, 2024; February 29, 2024; or March 1, 2024 before 12:00 pm ET.

Dated:  February 15, 2024

Respectfully Submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

Eric Larson Zalud (admitted *pro hac vice*)
Michael S. Weinstein (admitted *pro hac vice*)
Deana S. Stein (admitted *pro hac vice*)
Lidia C. Mowad (admitted *pro hac vice*)
Alayna Bridgett (admitted *pro hac vice*)
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
ezalud@beneschlaw.com
mweinstein@beneschlaw.com
dstein@beneschlaw.com
lmowad@beneschlaw.com
abridgett@beneschlaw.com

*Attorneys for Plaintiff Blue Sky Innovation Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)

*Attorney for Plaintiff Blue Sky Innovation Group, Inc.*