IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORCOME CO., LTD. and<br>FORCOME (SHANGHAI) CO., LTD.,<br><br>Defendants. | Case No. 1:23-cv-00129-MN<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on June 6, 2023, the Court entered the Scheduling Order ("the Scheduling Order") governing this matter (D.I. 37);

WHEREAS, Plaintiff Blue Sky Innovation Group, Inc. ("Plaintiff") and Defendants Forcome Co., Ltd. and Forcome (Shanghai) Co., Ltd. (collectively, the "Defendants" and, together with Plaintiff, the "Parties") have met and conferred regarding the extension of certain of the deadlines contained in the Scheduling Order to accommodate the completion of discovery with respect to new counterclaims raised by Defendants;

WHEREAS, Defendants recently filed their respective Answers, Defenses, and Counterclaims in response to Plaintiff's Second Amended Complaint;

WHEREAS, in their Counterclaims, Defendants each assert a new claim for Tortious Interference of Business Relationships or Prospective Business Opportunities and additional facts related to all counterclaims;

WHEREAS, neither party has been afforded the opportunity to conduct discovery on these new claims;

1

WHEREAS, the current fact discovery cutoff was extended to March 29, 2024 in the following manner:

- Written discovery, including document production and responses to requests for production, interrogatories, and requests for admission, will be completed by February 29, 2024;

- Deposition discovery will be completed by March 29, 2024;

WHEREAS, recognizing the need for additional discovery as to Defendants' new counterclaims, the Parties have agreed to extend the fact discovery cutoff to May 28, 2024 as follows:

- Written discovery, including document production and responses to requests for production, interrogatories, and requests for admission, will be completed by April 30, 2024;

- The Parties may propound new written discovery requests no later than March 13, 2024[1];

- The Parties shall respond to any new written discovery requests no later than April 12, 2024;

- The Parties may issue any new deposition notices no later than April 26, 2024;

- Deposition discovery will be completed by May 29, 2024;

WHEREAS, any new discovery requests served shall pertain only to Defendants' Tortious Interference Counterclaims asserted in Defendants' Answers to the Second Amended Complaint and any factual allegations not asserted in Defendants' previously asserted counterclaims;

WHEREAS, the proposed extended deadlines do not affect any other deadlines in the Scheduling Order;

---

[1] This extension applies only to written discovery requests and deposition notices served between the parties, not to third-party subpoenas, which the parties agree may be served after the 14-day period for service of discovery requests.

WHEREAS, the Parties have previously stipulated to extend the deadlines set by the Scheduling Order twice for good cause (D.I. 58, 85);

WHEREAS, this stipulation complies with Local Rules 16.4 because: (1) the reason for the request is set forth herein; and (b) the Parties have obtained the consent of their respective clients to make this request as set forth on the certifications of counsel attached hereto.

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to the approval of the Court, that the Scheduling Order is hereby amended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Propound New Written Discovery | N/A | March 13, 2024 |
| Deadline to Respond to Written Discovery | N/A | April 12, 2024 |
| Deadline to Issue New Deposition Notices | N/A | April 26, 2024 |
| Deadline to Complete Written Discovery | February 29, 2024 | April 30, 2024 |
| Deadline to Complete Deposition Discovery and Fact Discovery Cutoff | March 29, 2024 | May 28, 2024 |

| | |
|---|---|
| **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP** | **POTTER ANDERSON & CORROON LLP** |
| /s/ *Kevin M. Capuzzi* <br> Kevin M. Capuzzi (#5462) <br> Noelle B. Torrice (#5957) <br> 1313 North Market Street, Suite 1201 <br> Wilmington, DE 19801 <br> Tel: (302) 442-7010 <br> kcapuzzi@beneschlaw.com <br> ntorrice@beneschlaw.com <br><br> *Attorneys for Plaintiff Blue Sky Innovation Group, Inc.* | /s/ *Andrew L. Brown* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com <br><br> *Attorneys for Defendants Forcome Co., Ltd. and Forcome (Shanghai) Co., Ltd.* |

Dated: February 29, 2024

SO ORDERED this 29th day of February 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

4