# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORCOME CO., LTD, *et al.*, <br><br> Defendants. | C.A. No.: 1:23-cv-00129-MN <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 1, 2024, Plaintiff Blue Sky Innovation Group, Inc. served (1) Plaintiff's Amended Notice of Deposition of Laura Lee, and (2) Plaintiff's Amended Notice of Deposition of David Wang to Defendants via email on the following counsel of record:

| | |
|---|---|
| David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | Todd R. Tucker <br> Yizhou Liu <br> Ronald M. McMillan <br> Xin Wen <br> Meredith K. Collier <br> Kyle T. Deighan <br> Dustin D. Likens <br> CALFEE, HALTER & GRISWOLD LLP <br> 1405 E. 6th Street <br> Cleveland, Ohio 44114 <br> Tel: (216) 622-8200 <br> ttucker@calfee.com <br> bliu@calfee.com <br> rmcmillan@calfee.com <br> swen@calfee.com <br> mcollier@calfee.com <br> kdeighan@calfee.com <br> dlikens@calfee.com |

1

Dated: May 1, 2024

Respectfully Submitted,

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

Eric Larson Zalud (admitted pro hac vice)
Michael S. Weinstein (admitted pro hac vice)
Deana S. Stein (admitted pro hac vice)
Phil Eckenrode (admitted pro hac vice)
Lidia C. Mowad (admitted pro hac vice)
Alayna Bridgett (admitted pro hac vice)
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
ezalud@beneschlaw.com
mweinstein@beneschlaw.com
dstein@beneschlaw.com
peckenrode@beneschlaw.com
lmowad@beneschlaw.com
abridgett@beneschlaw.com

*Attorneys for Plaintiff Blue Sky Innovation Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)

*Attorney for Plaintiff Blue Sky Innovation Group, Inc.*