**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BLUE SKY INNOVATION GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-129-MN |
| | ) | |
| FORCOME CO., LTD., and FORCOME | ) | **JURY TRIAL DEMANDED** |
| (SHANGHAI) CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**</u>

WHEREAS, on June 6, 2023, the Court entered the initial Scheduling Order ("the Scheduling Order") governing this matter (D.I. 37);

WHEREAS, on July 29, 2024, the Court entered an Order to Extend Time in this matter (D.I. 146);

WHEREAS, Plaintiff Blue Sky Innovation Group, Inc. ("Plaintiff") and Defendants Forcome Co., Ltd. and Forcome (Shanghai) Co., Ltd. (collectively, the "Defendants" and, together with Plaintiff, the "Parties") have met and conferred regarding the extension of certain of the deadlines contained in the Scheduling Order to accommodate the scheduling of the depositions of expert witnesses;

WHEREAS, the proposed extended deadlines move the deadline for depositions of experts by twenty-three (23) days;

WHEREAS, the proposed extended deadlines do not affect any other deadlines in the Scheduling Order;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to the approval of the Court, that the Scheduling Order is hereby amended as set forth below[1]:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Completion Deposition Discovery and Fact Discovery Cutoff | August 23, 2024 | No change |
| Rule 26(a)(2) Initial Disclosure of Expert Testimony | September 10, 2024 | No change |
| Rule 26(a)(2) Supplemental or Rebuttal Disclosure | October 8, 2024 | No change |
| Expert Discovery Cut-Off | October 22, 2024 | November 14, 2024 |
| Case Dispositive Motions | October 24, 2024 | No change |
| Pretrial Conference | March 3, 2025 | No change |
| Trial | March 10, 2025 | No change |

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

POTTER ANDERSON & CORROON LLP

By:  */s/ Kevin M. Capuzzi*
    Kevin M. Capuzzi (#5462)
    Noelle B. Torrice (#5957)
    1313 North Market Street, Suite 1201
    Wilmington, DE 19801
    Tel: (302) 442-7010
    kcapuzzi@beneschlaw.com
    ntorrice@beneschlaw.com

By:  */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff Blue Sky Innovation Group, Inc.*

*Attorneys for Defendants Forcome Co., Ltd. and Forcome (Shanghai) Co., Ltd.*

Dated:  October 10, 2024
11823538 / 22920.00001

---

[1] Pursuant to Local Rule 16.4, the undersigned certify that this request has been sent to their respective clients.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE