# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE SKY INNOVATION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORCOME CO., LTD., and FORCOME ) <br> (SHANGHAI) CO., LTD., ) <br> ) <br> Defendants. ) | C.A. No. 23-129-MN <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS' MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Defendants Forcome Co., Ltd. and Forcome (Shanghai) Co., Ltd. (collectively "Forcome") respectfully requests an exemption from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the August 4, 2025 Pretrial Conference in this matter: Todd R. Tucker, Ronald M. McMillan, Meredith K. Collier and Xu (Edward) Jin (collectively "Lead Counsel").

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
|  | David E. Moore (#3983) |
| Todd R. Tucker | Bindu A. Palapura (#5370) |
| Yizhou Liu | Andrew M. Moshos (#6685) |
| Ronald M. McMillan | Hercules Plaza, 6th Floor |
| Meredith K. Collier | 1313 N. Market Street |
| Kyle T. Deighan | Wilmington, DE  19801 |
| Dustin D. Likens | Tel:  (302) 984-6000 |
| Xin Wen | dmoore@potteranderson.com |
| Xu Jin | bpalapura@potteranderson.com |
| CALFEE, HALTER & GRISWOLD LLP | amoshos@potteranderson.com |
| 1405 E. 6th Street |  |
| Cleveland, Ohio 44114 | *Attorneys for Defendants Forcome Co., Ltd.* |
| Tel: (216) 622-8200 | *and Forcome (Shanghai) Co., Ltd.* |

Dated:  July 31, 2025
12389352 / 22920.00001

    IT IS SO ORDERED this____day of_____, 2025.

                                                               U.S.D.J.